```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JAMES BERGHUIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-377-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| JAMES BERGHUIS, | ) | |
| | ) | DATE: January 9, 2012 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER Assistant U.S. Attorney, and defendant, JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, November 7,2011, be continued to Monday, January 9, 2012, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. This is a complex case with thousands of pages of discovery, comprised largely of financial records.  The defense is actively trying to

organize these materials and associate them with the relevant charges. Ultimately, this endeavor may require a forensic accountant, however, such services cannot be obtained until the defense has adequately prepared and investigated the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 9, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 4, 2011    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JAMES BERGHUIS

DATED: November 4, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for:
CAMIL SKIPPER
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, January 9, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4, the period from the date of this stipulation, November 4, 2011, up to and including January 9, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and

2

the defendants in a speedy trial.

DATED: November 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE