1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-377-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| JAMES BERGHUIS, | ) | |
| | ) | DATE: February 6, 2012 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD PICKELS Assistant U.S. Attorney, and defendant, JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, January 9,2012, be continued to Monday, February 6,2012, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. This is a complex case with thousands of pages of discovery, comprised largely of financial records.  The defense was recently notified by the

Defendant's tax attorney, Steven Mopsick, that a number of documents had been received that would be relevant to the Defendant's criminal case.  Mr. Mopsick will be providing those documents to the defense, forthwith.  The Defense did not anticipate this, and needs the additional time to review these new materials.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 6, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 4, 2012                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Matthew M. Scoble
                                      MATTHEW M. SCOBLE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAMES BERGHUIS


DATED: January 4, 2012                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Matthew M. Scoble for:
                                      TODD PICKLES
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, February 6, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4, the period from the date of this stipulation, January 4, 2012, up to and including February 6, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by

granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: January 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE