```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JAMES BERGHUIS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-377-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| JAMES BERGHUIS, | ) | |
| | ) | DATE: March 26, 2012 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD PICKLES Assistant U.S. Attorney, and defendant, JAMES BERGHUIS by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, March 12, 2012, be continued to Monday, March 26, 2012, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. This is a complex case with thousands of pages of discovery, comprised largely of financial records.  The defense was recently notified by the

Defendant's tax attorney, Steven Mopsick, that a number of documents had been received that would be relevant to the Defendant's criminal case. Mr. Mopsick will be providing those documents to the defense, forthwith. The Defense did not anticipate this, and needs the additional time to review these new materials.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 26, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 9, 2012　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble
　　　　　　　　　　　　　　　　　MATTHEW M. SCOBLE
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　JAMES BERGHUIS

DATED: March 9, 2012　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble for:
　　　　　　　　　　　　　　　　　TODD PICKLES
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, March 26, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4, the period from the date of this stipulation, March 9, 2012, up to and including March 26, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by

granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE