Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES BERGHUIS,<br><br>    Defendant. | Case No. 2:10-CR-00377-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER** |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant United States Attorney, and defendant James Berghuis, through his counsel, Kresta Nora Daly, that the trial confirmation hearing set for August 20, 2012 and the trial date set for September 11, 2012, both be vacated. The parties request a new trial confirmation hearing be re-set for November 5, 2012 and a trial date be set for November 27, 2012.

The defense is actively engaged in investigation in this matter. The defense investigator has done a first round of investigation and is currently awaiting the approval of additional funds. The defense has identified approximately 17 witnesses who need to be interviewed. Those interviews will occur as soon as funding for the defense investigator is authorized.

Additionally, the defense has retained an expert to review specific evidence on this case. The expert is in the process of reviewing that evidence and is not expected to complete his/her work on time for the currently set trial date.

{00006757}

1  The parties stipulate time should be excluded pursuant to Local Code T4 for
2  preparation of counsel. The parties further stipulate this continuance is necessary in furtherance
3  of justice and outweighs the interests of the defendant and the public for a speedy trial.
4  Dated: July 9, 2012.                    Respectfully submitted,

   BARTH TOZER & DALY LLP


   By     /s/ Kresta Nora Daly
          KRESTA NORA DALY
          Attorneys for JAMES BERGHUIS

   Dated: July 9, 2012.


   By     /s/ Kresta Nora Daly for
          TODD PICKLES,
          Assistant United States Attorney

**O R D E R**

For the reasons stipulated by the parties the trial confirmation hearing of August 20, 2012 and the trial date of September 11, 2012 are vacated. A trial confirmation hearing will be re-set for November 5, 2012 at 9:30 a.m., and trial is set for November 27, 2012 at 9:00 a.m. The Court finds excludable time through November 27, 2012 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: July 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00006757}