Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BERGHUIS,<br><br>　　　　Defendant. | Case No. 2:10-CR-00377-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant United States Attorney, and defendant James Berghuis, through his counsel, Kresta Nora Daly, that the trial confirmation hearing set for November 5, 2012 and the trial date set for November 27, 2012, both be vacated. The parties request a new trial confirmation hearing be re-set for January 28, 2013 and a trial date be set for February 20, 2013.

The defense is actively engaged in investigation in this matter. The defense investigator has conducted a substantial amount of investigation and interviewed countless witnesses. The defense retained an expert to review specific evidence. The defense recently received approximately 6,000 pages of evidence and is in the process of reviewing that information. The defense expects to receive additional evidence in the coming week. The defense is not able to provide an estimate on the number of pages that are expected to arrive.

Defense counsel and the defense investigator have been working on this matter diligently. Defense counsel has directed employees at her firm to work exclusively on this case.

Even with this additional assistance it is not possible for the defense to go through the information in an intelligent manner and decide how to proceed with the information in the time remaining prior to trial.

The evidence that the defense has obtained has been obtained through defense investigation and is not evidence that has been produced by the government.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: October 30, 2012.  Respectfully submitted,

BARTH TOZER & DALY LLP

By /s/ Kresta Nora Daly
   KRESTA NORA DALY
   Attorneys for JAMES BERGHUIS

Dated: October 30, 2012.

By /s/ Kresta Nora Daly for
   TODD PICKLES
   Assistant United States Attorney

**O R D E R**

For the reasons stipulated by the parties the trial confirmation hearing of November 5, 2012 and the trial date of November 27, 2012 are vacated. A trial confirmation hearing will be re-set for January 28, 2013 at 9:30 a.m. and trial is set for February 20, 2013 at 9:00 a.m. The Court finds excludable time through February 20, 2013 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: October 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE