Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES BERGHUIS,<br><br>    Defendant. | Case No. 2:10-CR-00377-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant United States Attorney, and defendant James Berghuis, through his counsel, Kresta Nora Daly:

Defendant requests that the trial confirmation hearing set for August 12, 2013 and the trial date set for August 20, 2013 both be vacated, and that a trial confirmation hearing be re-set for September 23, 2013 and a trial date be set for October 8, 2013.  The United States does not oppose this request.

Defense counsel recently completed a trial before Judge Nunley.  That trial began on July 1, 2013 and involved six days of testimony over two weeks and an additional four days of jury deliberations.  Since approximately May 2013 defense counsel has devoted the majority of her professional time and attention to the aforementioned case.

Defense counsel is not prepared to start another trial in just under a month.  There

are approximately 7,000 pages of government discovery in this case and another 1,500 pages of defense discovery. There are numerous financial transactions at issue in *Berghuis* with which defense counsel must re-familiarize herself.

The United States anticipates providing additional information under the Jencks Act in advance of trial, including, upon Court order, witness testimony before the Grand Jury.

The trial date in Berghuis was originally set for April 16, 2013. The Court was unavailable for the April 16, 2013 trial date and the date was re-set to August 20, 2013, with an exclusion of time for defense preparation. *Berghuis* is and was estimated to last 8 days. Defense counsel needs more than one month to adequately get back up to speed on the issues in the instant case in order to adequately respond to the motions in limine previously filed by the government. Defense counsel is gravely concerned that absent this additional time she will be unable to render constitutionally effective assistance of counsel.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: July 22, 2013.      Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for JAMES BERGHUIS

Dated: July 22, 2013.

By   /s/ Kresta Nora Daly for
     TODD PICKLES
     Assistant United States Attorney

## **O R D E R**

For the reasons stipulated by the parties the trial confirmation hearing of August 8, 2013 and the trial date of August 20, 2013 are vacated. A trial confirmation hearing will be re-set for September 23, 2013 at 9:30 a.m. and trial is set for October 8, 2013 at 9:00 a.m. The Court

finds excludable time through October 8, 2013 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

**Dated: July 23, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE