Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BERGHUIS,<br><br>Defendant. | Case No. 2:10-CR-00377-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The parties in this case recently stipulated to re-setting the trial date and trial confirmation hearing in the above-captioned case. The trial has been re-set to October 8, 2013 and the trial confirmation hearing has been re-set for September 23, 2013. The government has previously filed its motions in limine as well as a trial brief.

The parties hereby stipulate a further briefing schedule should be set as follows:

Defense motions in limine and/or oppositions to the government's motions shall be filed no later than August 16, 2013.

Any reply briefs by the government will be filed no later than September 3, 2013.

///
///
///
///

Dated: August 5, 2013.   Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for JAMES BERGHUIS

Dated: August 5, 2013.

By   /s/ Kresta Nora Daly for
     TODD PICKLES
     Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

**Dated: August 7, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE