Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant JAMES BERGHUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00377-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| JAMES BERGHUIS, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant United States Attorney, and defendant James Berghuis, through his counsel, Kresta Nora Daly:

In preparation for this trial, defense counsel subpoenaed records from various title companies including Chicago Title. Those records did not arrive at court in a timely manner.

During the course of trial the Court was informed the subpoenaed records had not arrived. At that time defense counsel represented to the Court and opposing counsel she did not believe the records would contain new or different information from other information she had obtained. Defense counsel persists in that opinion.

Defense counsel and counsel for the government have discussed the records and the fact that defense counsel wishes to review the records to verify that the information is neither new nor different. Counsel for the government does not believe the information contained in these records

- 1 -

is relevant. Counsel for the government agrees the Court may release the records to defense counsel for defense counsel's review.

Defense counsel received notice from the Court Clerk that the records have in fact arrived. Therefore the parties request the Court order the Clerk to release the subpoenaed records to defense counsel

Dated: October 28, 2013.  Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for JAMES BERGHUIS

Dated: October 28, 2013.

By   /s/ Kresta Nora Daly for
     TODD PICKLES
     Assistant United States Attorney

## O R D E R

The facts as stipulated above do not correspond precisely with the court's recollection. It was at the conclusion of the trial, after counsel for the government had made his opening argument, but before counsel for defendant had made her argument, that the court was informed the subpoenaed records had not arrived. The court at that time inquired of counsel for both sides whether they wanted the court to take any action in light of the fact that the documents had not arrived, and defense counsel asked the court to do nothing about it and at the same time represented to the court and opposing counsel she did not believe the records would contain new or different information from other information she had obtained. For the reasons stipulated above the Clerk is hereby ordered to provide defense counsel with the records received from Chicago Title.

**IT IS SO ORDERED.**

**Dated: October 30, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE