1  Kresta Nora Daly, SBN 199689
   Thomas W. Barth, SBN 154075
2  **BARTH TOZER & DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: (916) 440-8600
4  Facsimile: (916) 440-9610
   Email: kdaly@btdlaw.net

Attorneys for Defendant JAMES BERGHUIS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00377-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| JAMES BERGHUIS, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant United States Attorney, and defendant James Berghuis, through his counsel, Kresta Nora Daly, that the sentencing currently set for January 13, 2014 be vacated and a new sentencing date be set for March 24, 2014 at 9:30 a.m.

///
///
///
///
///
///
///
///

Dated: November 19, 2013.   Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for JAMES BERGHUIS

Dated: November 19, 2013.

By  /s/ Kresta Nora Daly for
    TODD PICKLES
    Assistant United States Attorney

## **O R D E R**

**IT IS SO ORDERED.** The parties are reminded, however, that the longer they continue the sentencing date the less likely it is that the judge will recall the trial testimony by the time sentence is imposed.

Dated: November 20, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE